People v Parson (2025 NY Slip Op 06517)

People v Parson

2025 NY Slip Op 06517

Decided on November 21, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 21, 2025

PRESENT: WHALEN, P.J., BANNISTER, MONTOUR, GREENWOOD, AND KEANE, JJ. (Filed Nov. 21, 2025.) 

MOTION NO. (280/23) KA 20-01480.

[*1]THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT, 
v
DRAHCIR PARSON, DEFENDANT-APPELLANT.

MEMORANDUM AND ORDER
Motion for writ of error coram nobis denied.